IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARLES WILLIAM HOOPER,

                          Plaintiff,

    v.

LT. GARY PEDERSON, DEPUTY SAUNBURG,
DEPUTY FAVE, DEPUTY TOLE
and DEPUTY COOK,

                          Defendants.

ORDER

11-cv-571-slc

_____

CHARLES WILLIAM HOOPER,

                          Plaintiff,

    v.

KRISTINE HAMMERMEISTER,

                          Defendant.

ORDER

11-cv-572-slc

_____

       Plaintiff Charles Hooper, who is proceeding pro se, has submitted two new proposed complaints for monetary relief. Plaintiff has requested leave to proceed *in forma pauperis* in each action. From the affidavits of indigency accompanying plaintiff's proposed complaints, I cannot determine whether he qualifies for indigent status. In his affidavits, plaintiff states that he has no income and no assets, but he does not include information as to how he is able to pay for his basic necessities, such as food, clothing and shelter. Without such information, I am unable to conclude that plaintiff qualifies for indigent status. Therefore, I will provide plaintiff with the opportunity to supplement his request for leave to proceed *in forma pauperis* by completing the enclosed affidavits of indigency. In completing the affidavits, he should take care to show how he pays for his basic expenses.

ORDER

IT IS ORDERED that a decision whether plaintiff Charles Hooper may proceed *in forma pauperis* in these actions is STAYED.  Plaintiff may have until September 6, 2011, in which to amend his affidavits of indigency, and return them to the court.  Plaintiff should take particular care to show where he receives the means to pay for his basic necessities, such as food, clothing and shelter.  If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed *in forma pauperis* for failure to show that he is indigent.

Entered this 16th day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge