IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARLES WILLIAM HOOPER,

               Plaintiff,                          ORDER

   v.                                        11-cv-571-slc

LT. GARY PEDERSON, DEPUTY SAUNBURG,
DEPUTY FAVE, DEPUTY TOLE and
DEPUTY COOK,

              Defendants.
_____

CHARLES WILLIAM HOOPER,

               Plaintiff,                          ORDER

   v.                                        11-cv-572-slc

KRISTINE HAMMERMEISTER,

              Defendant.
_____

      On August 16, 2011, I ordered plaintiff Charles Hooper to submit an amended affidavit of indigency that shows how he is able to pay for basic needs such as food and shelter.  Plaintiff has submitted the requested affidavit.  In his affidavit, he says that since his release from jail on August 3, 2011, he lives from place to place and eats at the food pantries in the Chicago area.  He further states that he has no money.  Because plaintiff is indigent, he may proceed without any prepayment of fees or costs.

      Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief.  Plaintiff will be notified promptly when such a decision has been made.  In the meantime, if plaintiff needs to communicate with

the court about these cases, he should be sure to write the case numbers shown above on his communication.

Entered this 29th day of August, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge