IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES WILLIAM HOOPER,

    Plaintiff,

v.

GARY PEDERSON, DEPUTY SAUNBURG,
DEPUTY FAVE, DEPUTY TOLE and
DEPUTY COOK,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-571-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Charles William Hooper's failure to prosecute.

_Peter Oppeneer_       5/14/12
Peter Oppeneer, Clerk of Court      Date